# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 23, 2026

*Before*

DORIS L. PRYOR, *Circuit Judge*

| | |
|---|---|
| No. 26-2143 | CARLOS MARTIN-FRANCISCO, <br> Petitioner <br><br> v. <br><br> TODD W. BLANCHE, Acting Attorney General of the United States, <br> Respondent |
| **Originating Case Information:** | |
| Agency Case No: A062-087-140 <br> Board of Immigration Appeals | |

Upon consideration of the **PETITIONER'S EMERGENCY MOTION FOR A STAY OF REMOVAL**, filed on July 23, 2026, by counsel for the petitioner,

**IT IS ORDERED** that the government shall respond on or before August 6, 2026. Petitioner Carlos Martin-Francisco's removal is temporarily **STAYED** pending resolution of the motion for stay of removal.