# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### ORDER

August 5, 2026

*By the Court:*

| | |
|---|---|
| No. 26-2143 | CARLOS MARTIN-FRANCISCO,<br>                    Petitioner<br><br>v.<br><br>TODD W. BLANCHE, Acting Attorney General of the United States,<br>                    Respondent |
| **Originating Case Information:** | |
| Agency Case No: A062-087-140<br>Board of Immigration Appeals | |

**IT IS ORDERED** that the deadline to file the administrative record is **STAYED** pending resolution of the pending motions.

form name: **c7_Order_BTC**    (form ID: **178**)